# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT M. SMITH, | § | CIVIL NO. 2:17-cv-03980 |
| Plaintiff, | § | |
| VERSUS | § | JUDGE JANE T. MILAZZO |
| UNION PACIFIC RAILROAD COMPANY, | § | MAG. KAREN WELLS ROBY |
| Defendant. | § | TRIAL BY JURY REQUESTED |

### ORDER TO DISMISS ALL CLAIMS WITH PREJUDICE

Considering the motion of plaintiff Robert M. Smith;

IT IS HEREBY ORDERED ADJUDGED AND DECREED that plaintiff's suit is hereby dismissed with prejudice, each party to pay its own cost.

New Orleans, Louisiana, this __3rd__ day of ____April____, 2018.

_____
UNITED STATES DISTRICT JUDGE